UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                              Case No. 10-21169-BKC-EPK
                                                   Chapter 7
RUTIGLIANO, ANGELA
AKA LOCKE, ANGELA



Debtor(s).

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX ) The Trustee has a balance of $18.25 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: April 11, 2011

Robert C. Furr
2255 Glades Road, Ste 337W
Boca Raton FL 33431
Telephone: (561) 395-1840
Facsimile: (561) 338-7532
Email: trustee@furrtrustee.com

**P A I D**
134872

NAME:    RUTIGLIANO, ANGELA
         AKA LOCKE, ANGELA

CASE NO:   10-21169-BKC-EPK

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---:|---:|
| 2 | Martin Memorial Health Systems<br>ATTN: Bankruptcy Department<br>POB 9033<br>Stuart, FL 34995-9033 | $10.79 | $3.65 |
| 3 | Martin Memorial Health Systems<br>ATTN: Bankruptcy Department<br>POB 9033<br>Stuart, FL 34995-9033 | $10.79 | $3.65 |
| 4 | Martin Memorial Health Systems<br>ATTN: Bankruptcy Department<br>POB 9033<br>Stuart, FL 34995-9033 | $10.79 | $3.65 |
| 5 | Martin Memorial Health Systems<br>ATTN: Bankruptcy Department<br>POB 9033<br>Stuart, FL 34995-9033 | $10.79 | $3.65 |
| 6 | Martin Memorial Health Systems<br>ATTN: Bankruptcy Department<br>POB 9033<br>Stuart, FL 34995-9033 | $10.79 | $3.65 |
| | | Total: | $18.25 |